UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROVIDENT BANK,

    Plaintiff,

vs.                                      CASE NO.: 8:12-cv-01663-JDW-AEP

JOHN S. HILL,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Certification of the Magistrate Judge (Dkt. 32), recommending that Defendant John S. Hill be held in contempt. No objections to the Report and Certification have been filed, and the time for objections has now elapsed.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the findings and recommendations may be accepted, rejected, or modified, in whole or in part. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a thorough review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Report and Certification (Dkt. 32) is APPROVED and ADOPTED for all purposes, including for appellate review. Accordingly,

1

1) Defendant John S. Hill is found to be in **CIVIL CONTEMPT**.

2) Defendant John S. Hill is ordered to **SHOW CAUSE** as to why he should not be incarcerated as an appropriate sanction for his civil contempt, *In re Lawrence*, 279 F.3d 1294, 1300 (11th Cir. 2002), by appearing in person on **July 17, 2013 at 3:00 P.M.**, at the federal courthouse, Courtroom 13B, in Tampa, Florida. **Failure to appear will result in the issuance of a warrant for Respondent's arrest**.

3) The United States Marshal is directed to **SERVE** a copy of this Order on Defendant John S. Hill at either of the following addresses: 6839 Heron Lane, Hudson, Florida 34667, and 1403 Old Dixie Highway, Hudson, Florida 34667.

**DONE AND ORDERED** this 26th day of June, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Defendant